UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY A. SIMMONS,

    Plaintiff,

v.                                Case No.  3:15cv163/MCR/EMT

WILLIAM EDDINS, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 14, 2015.  ECF No. 19.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's § 1983 claims against Defendants Brandi Smith, Elise Dawson, Aayana McCreary, Ada Dixon, and David Morgan are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's § 1983 claims against Defendants William Eddins and Bridgette Jensen are **DISMISSED with prejudice** for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii); and

4. This matter is referred to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 3rd day of March, 2016.

        s/ *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**